**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

**THE PAPER MILL STORE, INC.,** a
Wisconsin corporation,

        Plaintiff,

    v.

**AMERICANCHURCH, INC.,** an Indiana
corporation,

        Defendant.

Case No.  11-cv-326-wmc

---

**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE**

---

IT IS HEREBY STIPULATED between Plaintiff The Paper Mill Store, Inc. and Defendant Americanchurch, Inc., by and through their counsel, that the above-captioned action is hereby dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(2).

Respectfully submitted,

DATED:  January 17, 2012

KRONENBERGER ROSENFELD, LLP

By:   s/Jeffrey M. Rosenfeld
          Jeffrey M. Rosenfeld

Attorneys for Plaintiff
The Paper Mill Store, Inc.

DATED:  January 17, 2012

BOARDMAN & CLARK LLP

By:   s/Christopher J. Hussin
          Christopher J. Hussin

Attorneys for Defendant
Americanchurch, Inc.

**IT IS SO ORDERED.**


DATED:_____

_____

Honorable William M. Conley

United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

*Attorneys for Defendant Americanchurch, Inc.*

Christopher J. Hussin
Boardman & Clark LLP
740 Regent Street, Suite 400
Madison, WI 53715
chussin@boardmanclark.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Certificate was executed on January 17, 2012, in San Francisco, California.

Dated this 17th day of January, 2012.          KRONENBERGER ROSENFELD, LLP

By:    s/Jeffrey M. Rosenfeld

          Jeffrey M. Rosenfeld
          150 Post Street, Suite 520
          San Francisco, CA 94108
          Jeff@KRInternetLaw.com
          Telephone: (415) 955-1155
          Facsimile: (415) 955-1158

          Attorneys for Plaintiff,
          The Paper Mill Store, Inc.